UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE MESSAD KOUCHICH,<br><br>Plaintiff,<br><br>-against-<br><br>LIFETIME FITNESS, INC. d/b/a LIFE TIME FITNESS, LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, and LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS,<br><br>Defendants. | Case No.: 1:18 Civ. 3385 (AT)<br><br>**DEFENDANTS' RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants hereby certify that:

1. Life Time, Inc., formerly known as Life Time Fitness, Inc., has no parent company and no publicly held corporation owns more than ten (10%) percent of its stock.

2. LTF Club Management Company, LLC is a wholly-owned subsidiary of LTF Operations Holdings, Inc., which is a wholly-owned subsidiary of Life Time, Inc., formerly known as Life Time Fitness, Inc. No publicly held corporation owns more than ten (10%) percent of LTF Club Management Company, LLC's stock.

3. LTF Club Operations Company, Inc. is a wholly-owned subsidiary of Life Time, Inc. No publicly held corporation owns more than ten (10%) percent of LTF Club Operations Company, Inc.'s stock.

Dated:  New York, New York               Respectfully submitted,
        July 6, 2018

                                    JACKSON LEWIS P.C.
                                    150 North Michigan Avenue, Suite 2500
                                    Chicago, Illinois 60601
                                    T: 312-787-4949
                                          --and--
                                    666 Third Avenue, 29th Floor
                                    New York, New York 10017
                                    T: 212-545-4000

                            By:   */s / Ravindra K. Shaw*
                                    * Monica Khetarpal, Esq.
                                    Ravindra K. Shaw

                                    * *Admission pro hac vice pending*

                                  ATTORNEYS FOR DEFENDANTS

4826-8716-9118, v. 1